## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: APPLICATION OF WILLIAM T. MCCORMACK AND ANTHONY SCOTT KOPENHEFFER FOR AN ORDER PERMITTING ISSUANCE OF SUBPOENAS TO TAKE DISCOVERY FOR USE IN A FOREIGN PROCEEDING | Misc. Action No.: 20-mc-00056 (BMS) |

### NOTICE OF APPEAL

Notice is hereby given that Applicants William T. McCormack and Anthony S. Kopenheffer appeal to the United States Court of Appeals for the Third Circuit from the June 4, 2020 Order denying the Ex Parte Application for an Order Pursuant to 28 U.S.C. § 1782 to Take Discovery (Docket No. 4). Applicants appeal from all portions of the June 4, 2020 Order and incorporated Memorandum.

Dated:   June 15, 2020

Respectfully submitted,

ANDERSON KILL P.C.

By: */s/ Nicholas R. Maxwell*
Nicholas R. Maxwell, Esq.
ANDERSON KILL P.C.
1760 Market Street, Suite 600
Philadelphia, PA  19103
Telephone:  267-216-2700

*Attorney for Applicants William T. McCormack and Anthony S. Kopenheffer*

docs-100267484.1

## CERTIFICATE OF SERVICE

I hereby certify that I served the forgoing by electronic mail on all counsel of record in the matter captioned *Surefire Dividend Capture, LP v. Brenda Smith, et al.*, 19-cv-04088 (BMS).

Dated: June 15, 2020

ANDERSON KILL P.C.

By: */s/ Nicholas R. Maxwell*
Nicholas R. Maxwell, Esq.

*Attorney for Applicants William T. McCormack and Anthony S. Kopenheffer*

docs-100267484.1